UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br>Petitioner,<br>v.<br>B. BIRKHOLZ,<br>Respondent. | Case No. 2:26-cv-00663-SRM-KES<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [13]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records herein and the Report and Recommendation of the United States Magistrate Judge to which no objections were filed. Dkt. 13. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

///

///

///

///

///

///

///

Accordingly, the Court **ORDERS** the following:

1. The Petition for Writ of Habeas Corpus is GRANTED, Dkt. 1; and
2. The Bureau of Prisons ("BOP") shall recalculate the Petitioner's Earned Time Credits ("ETCs") under the First Step Act by:
   i. Identifying all programming in which Petitioner participated between May 20, 2024, and January 23, 2025;
   ii. Determining which, if any, of the aforementioned programming, provides Petitioner with ETCs within the meaning of 18 U.S.C. § 3632(d)(4)(A);
   iii. Calculating the exact number of ETCs to which Petitioner is entitled;
   iv. Identifying and explaining which, if any, completed programming by Petitioner does not qualify for ETCs;
   v. Filing a status report within 30 days of this Order, setting forth a detailed explanation of the steps taken to comply with this Order and the resulting ETCs calculation.

**IT IS SO ORDERED.**

Dated: September 25, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE